MOTT, Respondent, v. DEGNON REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John G. Mott against the Degnon Realty & Terminal Improvement Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS and BURR, JJ., dissent.

In re MOTT HAVEN CANAL CO. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of the Mott Haven Canal Company. No opinion. Motion granted. Settle order on notice.

MOWERY v. PIERCE et al. (Supreme Court, Appellate Term. November 12, 1909.) Appeal from City Court of New York, Special Term. Action by Ira Mowery against Charles F. Pierce and another. From an order of the City Court of the City of New York, granting the motion of defendant Charles F. Pierce to open his default without costs, plaintiff appeals. Modified and affirmed. John H. Regan, for appellant. White & Otheman, for respondent.

PER CURIAM. Order modified, by requiring the defendant to pay $20 costs and disbursements as taxed within 10 days from a service of a copy of this order upon the defendant's attorney, and, as modified, affirmed, without costs. If the costs and disbursements are not paid within the time prescribed, the order is reversed, with $10 costs and disbursements.

MULLERLEILE, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department, November 5, 1909.) Action by Margaretha Mullerleile against the City of New York, impleaded with others. C. L. Barber, for appellant. G. Roberts, for respondent. No opinion. Judgment and order reversed, as against the weight of evidence, and new trial ordered, with costs to appellant to abide event. Order filed.

MULLIGAN v. HACHMEISTER. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by George Mulligan against C. Hachmeister. With this case have been consolidated in this court cases bearing titles as follows: Empire State Garage v. F. D. Langstroth; W. Sommer v. Everards Breweries; Orleans Hotel Co. v. J. C. Groff; S. Wechsler v. O. J. Gude; P. Cameron v. F. W. Whitaker; Tichenor Grand Co. v. M. H. Oppenheim. No opinions. Applications denied, with $10 costs. Orders signed.

MURPHY v. JOLINE et al. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Mary E. Murphy against Adrian H. Joline and others. No opinion. Application denied, with $10 costs.

Order signed. See, also, 63 Misc. Rep. 256, 116 N. Y. Supp. 715.

MURPHY, Respondent, v. UNITED STATES LACE CURTAIN MILLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Dennis J. Murphy, an infant, by Mary Elizabeth Murphy, his guardian ad litem, against the United States Lace Curtain Mills.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., dissents.

MYERS, Respondent, v. BRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Frank L. Myers against Hattie Burge Brick. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

NATHAN et al., Respondents, v. FISHER TEXTILE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Alexander Nathan and another against the Fisher Textile Company. W. J. Hemmens, for appellant. G. W. Schurman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

NATIONAL PARK BANK, Respondent, v. RANDS, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by the National Park Bank against Frank Rands. G. A. Baker, for appellant. L. F. Doyle, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NELSON et al., Respondents, v. TERWILLIGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Pher Nelson and Harold Nelson, copartners, etc., against Frank G. Terwilliger. No opinion. Order affirmed on argument, with $10 costs and disbursements.

NEW ROCHELLE COAL & LUMBER CO., Respondent, v. MERLINO, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the New Rochelle Coal & Lumber Company against Angelina Merlino. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements.

NEW YORK CENT. & H. R. R. CO. v. GILLINGHAM et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the New York Central & Hudson River Railroad Company against Catherina Gillingham and others. No opinion. Final order affirmed, with costs.